**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_Central_____ District of _California_____
(State)

Case number (If known): _____ Chapter __7__

FILED
DEC 12 2017
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

☐ Check if this is an amended filing

## Official Form 205

# Involuntary Petition Against a Non-Individual                    12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

    Check one:
    ☒ Chapter 7
    ☐ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**   ____The Vine Intervention, LLC_____

3. **Other names you know the debtor has used in the last 8 years**
    Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**
    ☒ Unknown
    ___ ___ - ___ ___ ___ ___ ___ ___ ___
    EIN

5. **Debtor's address**

    | Principal place of business | Mailing address, if different |
    |---|---|
    | 32B Anacapa Street | _2280 Meadow Drive_ |
    | Number  Street | Number  Street |
    | | P.O. Box |
    | _Santa Barbara_     _CA_  93101 | _San Luis Obispo_     _CA_  _93401_ |
    | City    State  ZIP Code | City    State  ZIP Code |
    | | **Location of principal assets, if different from principal place of business** |
    | _____Santa Barbara_____ | |
    | County | Number  Street |
    | | |
    | | City    State  ZIP Code |

Debtor ____The Vine Intervention, LLC_____ Case number (if known)_____
          Name

### 6. Debtor's website (URL)    ____N/A_____

### 7. Type of debtor
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other type of debtor. Specify: _____

### 8. Type of debtor's business

Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the types of business listed.
☐ Unknown type of business.

### 9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?

☒ No
☐ Yes. Debtor _____ Relationship _____
    District _____ Date filed _____ Case number, if known _____
                                MM / DD / YYYY

    Debtor _____ Relationship _____
    District _____ Date filed _____ Case number, if known _____
                                MM / DD / YYYY

## Part 3:    Report About the Case

### 10. Venue

Check one:

☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

### 11. Allegations

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

### 12. Has there been a transfer of any claim against the debtor by or to any petitioner?

☒ No
☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor _____The Vine Intervention, LLC_____ Case number (if known)_____
         Name

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | _Russell Potterfield_____ | loan, per promisory notice_____ | $ _856,924.51_____ |
| | _____ | _____ | $ _____ |
| | _____ | _____ | $ _____ |
| | | Total of petitioners' claims | $ _856,924.51_____ |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

__Russell Potterfield_____
Name

__1212 Westmoor Road_____
Number  Street

__Winnetka_____  __IL_____  __60093_____
City             State         ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number  Street

_____  _____  _____
City             State         ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/5/2017
         MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

**Attorneys**

_____Andrew M. Morgan, Esq._____
Printed name

_Borton Petrini, LLP_____
Firm name, if any

__5060 California Avenue, Suite 700_____
Number  Street

___Bakersfield_____  __CA____  __93309____
City             State         ZIP Code

Contact phone  _661-322-3051___  Email _amorgan@bortonpetrini.com___

Bar number  ___266833_____

State  ___CA_____

X _____
Signature of attorney

Date signed  __12/05/2017____
         MM / DD / YYYY

Debtor _____The Vine Intervention, LLC_____  Case number (if known)_____
          Name

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| _Russell Potterfield_ | loan, per promisory notice | $ _856,924.51_ |
|  |  | $ |
|  |  | $ |
|  | Total of petitioners' claims | $ _856,924.51_ |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**                **Attorneys**

**Name and mailing address of petitioner**

__Russell Potterfield_____         ___Andrew M. Morgan, Esq._____
Name                                              Printed name

__1212 Westmoor Road_____           _Borton Petrini, LLP_____
Number   Street                                   Firm name, if any

__Winnetka_____  __IL____  __60093__          __5060 California Avenue, Suite 700__
City              State       ZIP Code            Number   Street

                                                  __Bakersfield_____  __CA__  __93309__
                                                  City                  State   ZIP Code

**Name and mailing address of petitioner's representative, if any**

                                                  Contact phone _661-322-3051_  Email _amorgan@bortonpetrini.com_
_____
Name                                              Bar number ___266833___

_____             State    ___CA___
Number   Street

_____
City            State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/5/2017
             MM / DD / YYYY                       X _[signature]_
                                                  Signature of attorney
X _[signature]_
Signature of petitioner or representative, including representative's title

                                                  Date signed   _12/05/2017_
                                                                MM / DD / YYYY

Official Form 205              Involuntary Petition Against a Non-Individual              page 3

Debtor      __The Vine Intervention, LLC_____      Case number *(if known)*_____
           Name

**Name and mailing address of petitioner**

_____
Name

_____
Number    Street

_____
City          State          ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City          State          ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
              MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City          State          ZIP Code

Contact phone _____ Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
              MM / DD / YYYY

---

**Name and mailing address of petitioner**

_____
Name

_____
Number    Street

_____
City          State          ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City          State          ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
              MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City          State          ZIP Code

Contact phone _____ Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
             MM / DD / YYYY