Leslie A. Tos, SB#299520
FARMER & READY
1254 Marsh Street
PO Box 1443
San Luis Obispo, CA 93406
Telephone: (805) 541-1626
Facsimile: (805) 541-0769
ltos@farmerandready.com

Attorneys for Alleged Debtor, The Vine Intervention, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>The Vine Intervention, LLC,<br><br>Debtor. | Case No. 9:17-bk-12228-PC<br>Chapter 7<br><br>**MEMORANDUM OF POINTS AND AUTHORITES IN SUPPORT OF MOTION TO DISMISS INVOLUNTARY CHAPTER 7 PETITION**<br><br>Date: February 1, 2018<br>Time: 11:30 a.m.<br>Place: 1415 State Street<br>      Courtroom 201<br>      Santa Barbara, CA 93101 |

**I.**
**THE INVOLUNTARY PETITION SHOULD BE DISMISSED UNDER 11 U.S.C. § 303(b) AS THE ALLEGED DEBTOR HAS MORE THAN 12 CREDITORS**

Creditor Russell Potterfield ("Creditor") as lone petitioner filed an involuntary Chapter 7 petition naming The Vine Intervention, LLC as the alleged debtor ("Alleged Debtor") on December 12, 2017. However, 11 U.S.C. § 303(b) requires that a single creditor who wishes to file an involuntary bankruptcy petition against an alleged debtor may only do so if that alleged debtor has less than 12 creditors. If the alleged debtor has 12 or more creditors, at

least three of those creditors must be listed as petitioners on the involuntary petition.

In this case, the Alleged Debtor has 12 or more creditors, and pursuant to Federal Rule of Bankruptcy Procedure 1003(b), lists them here along with the required addresses, a brief statement of the nature of their claims, and the amounts thereof:

1. Adamski Moroski Madden Cumberland & Green LLP
   P.O. Box 3835
   San Luis Obispo, CA 93403-3835

   In the amount of $77,803.74 for legal services rendered.

2. Bay Area Bottling
   1 Hummingbird Lane
   San Martin, CA 95056

   In the amount of $9,405.10 for wine bottling services.

3. Clos LaChance
   1 Hummingbird Lane
   San Martin, CA 95056

   In the amount of $3,561.40 for wine making production services.

4. Digital Dogma
   13003 Los Nietos Road
   Santa Fe Springs, CA 90670

   In the amount of $3,087.32 for label printing services.

5. Great Daane Graphics
   1925 Corralitos Avenue
   San Luis Obispo, CA 93401

   In the amount of $1,000 for label design services.

6. Heringer Estates Winery, LLC
   P.O. Box 418
   Clarksburg, CA 95612

   In the amount of $18,750 for 1500 gallons of wine.

7. Liberty Mutual Insurance
   P.O. Box 85834
   San Diego, CA 92186-5834

   In the amount of $2,744.20 for balance owed on insurance policy.

8. M. Draxton, Inc.
   1431 Grove Street, Suite A/B

Healdsburg, CA 95448

In the amount of $72,000 for 7200 gallons of wine.

9. Mancuso, Inc. dba Mancuso Wine Brokerage
   1335 Columbus Avenue
   San Francisco, CA 94133

In the amount of $350 for commission rate for wine brokering services.

10. Milton's Distributing Co., Inc.
    305 Forbes Boulevard
    Mansfield, MA 02048

In the amount of $15 for brand registration.

11. Russell Potterfield
    1212 Westmoor Road
    Winnetka, IL 60093

In the amount of $856,924.51 for balance owed on loan.

12. Terravant Wine Company
    35 Industrial Way
    Buellton, CA 93427

In the amount of $12,000 for 1,000 gallons of wine.

13. USA Management Systems, Inc.
    927 Black Diamond Way
    Lodi, CA 95240

In the amount of $1,000 for trucking and hauling services.

As shown above, the Alleged Debtor has more than 12 creditors, while only one creditor is listed as a petitioner on the involuntary petition. In its current form, the involuntary petition does not meet the three-creditor requirement under 11 U.S.C. § 303(b). Further, an involuntary petition that does not meet the creditor requirements of 11 U.S.C. § 303(b) must be dismissed pursuant to In re MacDonald Const. Co., (E.D. Mo. 1974) 379 F. Supp. 385, 386.

///

///

///

///

///

## CONCLUSION

The Alleged Debtor has 12 or more creditors, yet there is only one petitioning creditor, in violation of 11 U.S.C. § 303(b). The Alleged Debtor respectfully requests that the involuntary Chapter 7 petition filed against it should be accordingly dismissed.

Respectfully submitted,

Dated: January 10, 2018                               FARMER & READY

By: *Leslie Tos*
Leslie A. Tos
Attorneys for Debtor
The Vine Intervention, LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1254 Marsh Street, San Luis Obispo, CA 93401.

A true and correct copy of the foregoing document entitled (*specify*): MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS INVOLUNTARY CHAPTER 7 PETITION will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On January 10, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   - **Brian D Fittipaldi**    brian.fittipaldi@usdoj.gov **(Attorney for US Trustee)**
   - **United States Trustee (ND)**    ustpregion16.nd.ecf@usdoj.gov **(US Trustee)**

   ☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On January 10, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Judge's Copy: | Manual Notice List (Attorney for Petitioner): | Manual Notice List (Alleged Debtor): |
|---|---|---|
| Honorable Peter Carroll<br>United States Bankruptcy Court<br>1415 State Street<br>Santa Barbara, CA 93101 | Andrew M Morgan<br>5060 California Ave Ste 700<br>Bakersfield, CA 93309 | The Vine Intervention LLC<br>32B Anacapa St<br>Santa Barbara, CA 93101 |
| **Manual Notice List (Alleged Debtor):**<br>The Vine Intervention, LLC<br>2280 Meadow Drive<br>San Luis Obispo, CA 93401 | **Petitioner:**<br>Russell Potterfield<br>1212 Westmoor Road<br>Winnetka, IL 60093 | |

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1.10.18 | Tamara L. Wickstrom | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                           F 9013-3.1.PROOF.SERVICE