Leslie A. Tos
State Bar No. 299520
**FARMER & READY**
A LAW CORPORATION
1254 Marsh Street
Post Office Box 1443
San Luis Obispo, CA  93406
Telephone: (805) 541-1626
Facsimile: (805) 541-0769

FILED & ENTERED

JAN 23 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bertelsen DEPUTY CLERK

Attorneys for The Vine Intervention, LLC

UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>THE VINE INTERVENTION, LLC,<br><br>　　　　　　　Debtor. | Case No. 9:17-bk-12228-PC<br><br>Chapter 7<br><br>**ORDER GRANTING STIPULATION RE: RESCHEDULING HEARING DATE FOR MOTION TO DISMISS INVOLUNTARY CHAPTER 7 PETITION** |

The court having considered the stipulation of the parties, and good cause appearing therefore,

　　　　IT IS HEREBY ORDERED that the stipulation of the parties shall be the order of this court, and that the hearing date for the Motion to Dismiss shall be rescheduled from February 1, 2018 at 11:30 a.m. to February 14, 2018 at 11:30 a.m., and that the deadlines for further written responses shall be extended in accordance with the terms of the stipulation, which are hereby

1

1 incorporated by this reference.

2

\#\#\#

Date: January 23, 2018

Deborah J. Saltzman
United States Bankruptcy Judge