1

2

3

4

5

Leslie A. Tos, SB#299520
FARMER & READY
1254 Marsh Street
PO Box 1443
San Luis Obispo, CA  93406
Telephone:  (805) 541-1626
Facsimile: (805) 541-0769
ltos@farmerandready.com

6

Attorneys for Alleged Debtor, The Vine Intervention, LLC

7

8

9

10

11

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

NORTHERN DIVISION

12

13

14

15

16

17

18

19

In re

The Vine Intervention, LLC,

　　　　Debtor.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 9:17-bk-12228-PC
Chapter 7

**REPLY TO PETITIONER'S
OPPOSITION TO DEBTOR'S MOTION
TO DISMISS INVOLUNTARY
CHAPTER 7 PETITION**

Date:  February 14, 2018
Time: 11:30 a.m.
Place: 1415 State Street
　　　　Courtroom 201
　　　　Santa Barbara, CA  93101

20

21

22

23

24

25

26

27

28

**I.**

**THE CREDITORS ALLEGED WERE CREDITORS AT THE TIME OF THE**

**INVOLUNTARY PETITION FILING**

Petitioner Russell Potterfield ("Petitioner") alleges in his opposition that several of the

creditors Alleged Debtor The Vine Intervention, LLC ("Debtor") established its Motion to

Dismiss Involuntary Chapter 7 Petition (the "Motion") are not creditors because the dates on

certain invoices accompanying Debtor's Motion were later than the involuntary petition's

December 12, 2017 filing date.  However, the Debtor maintains that these creditors all had

existing claims which were due as of the December 12, 2017 filing date.

## II.

## ALLEGED DEBTOR PROVIDED INFORMATION REQUIRED BY FEDERAL RULE OF BANKRUPTCY PROCEDURE 1003(b)

Federal Rule of Bankruptcy Procedure 1003(b) requires that in an "answer to an involuntary petition filed by fewer than three creditors avers the existence of 12 or more creditors, the debtor shall file with the answer a list of all creditors with their addresses, a brief statement of the nature of their claims, and the amounts thereof."

Petitioner remarks several times in his opposition that the Debtor did not provide more detailed information about the creditors listed in Debtor's Motion; however, the Debtor included a list of creditors with their addresses, a brief statement of nature of the claims, and amounts of those claims.  Therefore, the Debtor has fully complied with the requirements of FRBP 1003(b).

## III.

## ALLEGED DEBTOR IS PAYING DEBTS AS THEY BECOME DUE PURSUANT TO 11 U.S.C. § 303(h)

An order for relief in bankruptcy court can only be entered against an alleged debtor if the petitioning creditor proves that "the debtor is generally not paying such debtor's debts as such debts become due unless such debts are the subject of a bona fide dispute as to liability or amount." 11 U.S.C. § 303(h)(1).  A "totality of the circumstances" test for determining whether a debtor is generally not paying its debts under 11 U.S.C. § 303(h) is applied in the Ninth Circuit. In re Bishop, Baldwin, Rewald, Dillingham & Wong, Inc., (9th Cir. 1985) 779 F.2d 471, 475.  An involuntary case must be dismissed if the alleged debtor is generally paying its debts as they become due.  In re Brooklyn Resource Recovery, Inc., (Bankr. E.D.N.Y. 1997) 216 B.R. 470, 485.  The petitioning creditor has the burden of demonstrating that the alleged debtor is not generally paying its debts as they become due.  Id. at 482.

Here, Debtor has been paying its debts to creditors other than Petitioner as they become due, as stated on the declaration of Mark Cummins filed herewith.  However, Debtor

2

1     has not made payments on the debt owed to Petitioner since the commencement of state court

2     litigation between them in November 2016, resulting in a bona fide dispute as to the amount

3     owed by Debtor.

4          Debtor has generally been paying its debts as they become due, except for the disputed

5     debt owed to Petitioner; therefore, any relief the Petitioner seeks in the bankruptcy court

6     should be denied and the Debtor's Motion should be granted. "Involuntary bankruptcy is not

7     to be used as a forum for the trial and collection of an isolated disputed claim." In re Murrin,

8     (D. Minn. 2012) 477 B.R. 99, 106.

9

10                          **CONCLUSION**

11          The Debtor subject to this involuntary petition has met the requirements of 11 U.S.C.

12     § 303(b), (h), and FRBP 1003(b) within its Motion to Dismiss an Involuntary Chapter 7

13     Petition, and therefore respectfully requests that the court grants the subject motion and

14     dismiss the involuntary Chapter 7 petition in accordance with applicable bankruptcy law.

15

16     Dated: February 7, 2018                   FARMER & READY

17

18

19                         By:_____
                             Leslie A. Tos

20                              Attorneys for Debtor
                             The Vine Intervention, LLC

21

22

23

24

25

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
1254 Marsh Street, San Luis Obispo, CA  93401.

A true and correct copy of the foregoing document entitled (*specify*): **REPLY TO PETITIONER'S OPPOSITION TO DEBTOR'S MOTION TO DISMISS INVOLUNTARY CHAPTER 7 PETITION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On February 7, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Brian D Fittipaldi**    brian.fittipaldi@usdoj.gov **(Attorney for U.S. Trustee)**
- **Leslie A Tos**    Ltos@farmerandready.com, smeyer@farmerandready.com **(Attorney for Debtor)**
- **United States Trustee (ND)**    ustpregion16.nd.ecf@usdoj.gov **(U.S. Trustee)**

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On February 7, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Manual Notice List (Alleged Debtor):**
The Vine Intervention LLC
32B Anacapa St
Santa Barbara, CA 93101

**Manual Notice List (Alleged Debtor):**
The Vine Intervention, LLC
2280 Meadow Drive
San Luis Obispo, CA 93401

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on February 7, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

*VIA FEDERAL EXPRESS*
**Judge's Copy:**
Honorable Deborah J. Saltzman
United States Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Ste. 1634
Los Angeles, CA 90012

*VIA EMAIL:*
**Attorney for Petitioner**
**Russell Potterfield:**
amorgan@bortonpetrini.com
Andrew M Morgan
5060 California Ave Ste 700
Bakersfield, CA 93309

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 2.7.18 | Tamara L. Wickstrom | |
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                 F 9013-3.1.PROOF.SERVICE