Andrew M. Morgan, Esq.; SBN 266833
BORTON PETRINI, LLP
5060 California Avenue, Suite 700
Bakersfield, California 93309-2026
Tel: (661) 322-3051
Fax: (661) 322-4628
Email: amorgan@bortonpetrini.com

Attorneys for Petitioner,
Russell Potterfield



FILED
FEB 09 2018
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

NORTHERN DIVISION

In re

The Vine Intervention, LLC,

    Debtor.

Case No. 9:17-bk-12228-PC
Chapter 7

PETITIONER'S OBJECTION TO IMPROPER ARGUMENTS CONTAINED IN THE VINE INTERVENTION, LLC'S REPLY BRIEF

Date: February 14, 2018
Time: 11:30 a.m.
Place: 1415 State Street
      Courtroom 201
      Santa Barbara, CA 93101

    Debtor, The Vine Intervention, LLC ("TVI"), filed a Motion to Dismiss Petitioner's single-creditor Involuntary Petition for Chapter 7 Bankruptcy. The only argument raised by TVI in that Motion was that it had 12 or more creditors. Accordingly, that is the only argument that was addressed in Petitioner's Opposition to said Motion.

    In its Reply brief, however, for the first time, TVI argues (1) that it is generally paying its debts as they become due, and (2) the debt to Petitioner is the subject of a bonafide dispute ("New Arguments").

    Petitioner respectfully OBJECTS to the Court considering these New Arguments on the following equitable, procedural and legal grounds:

- The New Arguments were not identified at all in TVI's Notice of Motion, or any of the other documents TVI filed concurrently with the Motion, so they are not properly before the Court for adjudication;

- The New Arguments were not identified at all in TVI's Notice of Motion, or any of the other documents TVI filed concurrently with the Motion, so Petitioner had no opportunity to meaningfully respond to their substance;

- The inclusion of the New Arguments in TVI's Reply is in violation of Central District Local Bankruptcy Rule ("LBR") 9013-1(c)(3)(B), requiring "[a] written statement of all reasons in support [of the motion], together with a memorandum of the points and authorities upon which the moving party will rely";

- The inclusion of the New Arguments in TVI's Reply is in violation of LBR 9013-1(g)(1), requiring that "the reply memorandum and declarations or other evidence attached, must respond directly to the opposition documents";

- "New arguments or matters raised for the first time in reply documents will not be considered." (LBR 9013-1(g)(4).);

- Because TVI's Reply was filed and served in violation of LBR 9013-1, it should not be considered by the Court. (LBR 9013-1(g)(3), ". . . a reply document not filed or served in accordance with this rule will not be considered.")

Dated: February 8, 2018

BORTON PETRINI, LLP

By _____
Andrew M. Morgan, Attorneys for Petitioner
Russell Potterfield

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
5060 California Avenue, Suite 700, Bakersfield, CA 93309

A true and correct copy of the foregoing document entitled (*specify*): _____
PETITIONER'S OBJECTION TO IMPROPER ARGUMENTS CONTAINED IN
THE VINE INTERVENTION, LLC'S REPLY BRIEF
_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __02/08/2018__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __02/08/2018__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02/08/2018 | Kate Keown | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                              F 9013-3.1.PROOF.SERVICE

## SERVICE LIST

**SERVED BY UNITED STATES MAIL:**
**Judge's Copy:**
The Honorable Deborah J. Saltzman
United States Bankruptcy Court
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1634/Courtroom 1639
Los Angeles, CA 90012

**SERVED BY ELECTRONIC and OVERNIGHT MAIL:**
ltos@farmerandready.com
Leslie A. Tos, Esq.
FARMER & READY
1254 Marsh Street
San Luis Obispo, CA 93406
Attorney for Alleged Debtor The Vine Intervention, LLC