**FILED & ENTERED**

**FEB 21 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** handy **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>The Vine Intervention, LLC,<br><br>                    Debtor. | Case No. 9:17-bk-12228-DS<br><br>Chapter 7<br><br>**ORDER FOR RELIEF AND ORDER TO FILE SCHEDULES, STATEMENTS, AND LISTS**<br><br>Date: February 14, 2018<br>Time: 11:30 a.m.<br>Crtm: 201<br>      1415 State Street<br>      Santa Barbara, CA 93101 |

On December 12, 2017, petitioning creditor Russell Potterfield (the "Petitioning Creditor") filed an involuntary chapter 7 petition (the "Petition," Docket No. 1) against The Vine Intervention, LLC (the "Debtor"). A status conference was held on February 14, 2018 at 11:30 a.m.

Based on the record in this case,

IT IS HEREBY ORDERED that an Order for Relief is issued against the Debtor;

IT IS FURTHER ORDERED that the Debtor is to file within seven days after entry of this Order for Relief, a list including the names and addresses of each entity included on

the Schedules D, E, F, G, and H as prescribed by the Official Forms under FRBP 1007(a)(2);

IT IS FURTHER ORDERED that the schedules, statements, and other documents required by FRBP 1007(b)(1) shall be filed by the Debtor within fourteen days after entry of this Order for Relief as required by FRBP 1007(c); and

IT IS FURTHER ORDERED the status conference in this case is continued to April 10, 2018 at 11:30 a.m.

###

Date: February 21, 2018

Deborah J. Saltzman
United States Bankruptcy Judge