| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Leslie A. Tos 299520<br>1254 Marsh Street<br>San Luis Obispo, CA 93401<br>805-541-1626 Fax: 805-541-0769<br>California State Bar Number: 299520 CA<br>ltos@farmerandready.com | |

☐ *Debtor(s) appearing without an attorney*
■ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

The Vine Intervention, LLC

Debtor(s).

CASE NO.: 9:17-bk-12228-DS
CHAPTER: 7

**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**

[LBR 1007-1(a)]

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __3__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 2/28/18

Signature of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: 2/28/18

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                                 F 1007-1.MAILING.LIST.VERIFICATION

The Vine Intervention, LLC
2280 Meadow Drive
San Luis Obispo, CA 93401


Leslie A. Tos
Farmer & Ready
1254 Marsh Street
San Luis Obispo, CA 93401


AMMCG Law
6633 Bay Laurel Pl
Avila Beach, CA 93424


Bay Area Bottling
1 Hummingbird Ln
San Martin, CA 95046


Clos LaChance
1 Hummingbird Ln
San Martin, CA 95046


Digital Dogma
13003 Los Nietos Road
Santa Fe Springs, CA 90670


Great Daane Graphics
1925 Corralitos Ave
San Luis Obispo, CA 93401


Heringer Estates Winery, LLC
35265 Willow Ave, Suite 203
Clarksburg, CA 95612

```
Liberty Mutual Insurance
1730 E Holly Ave, Ste 321
El Segundo, CA 90245


M Draxton Inc.
1431 Grove St
Healdsburg, CA 94558


Mancuso Wine Brokerage
1335 Columbus Ave
San Francisco, CA 94133


Milton's Distributing
305 Forbes Blvd
Mansfield, MA 02048


North Coast Wine Transport
13605 Healdsburg Ave
Healdsburg, CA 95448


Portocork
560 Technology Way
Napa, CA 94558


Russell Potterfield
1212 Westmoor Road
Winnetka, IL 60093


Terravant Wine Company
35 Industrial Way
Buellton, CA 93427
```

```
USA Management Systems
927 Black Diamond Way
Lodi, CA 95240
```