```
1  Andrew M. Morgan, Esq.; SBN 266833
   BORTON PETRINI, LLP
2  5060 California Avenue, Suite 700
   Bakersfield, California 93309-2026
3  Tel: (661) 322-3051
   Fax: (661) 322-4628
4  Email: amorgan@bortonpetrini.com

5  Attorneys for Petitioner,
   Russell Potterfield
```

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

NORTHERN DIVISION

| In re | Case No. 9:17-bk-12228-PC |
|---|---|
| The Vine Intervention, LLC, | Chapter 7 |
| Debtor. | [PROPOSED] ORDER RE DENIAL OF MOTION TO DISMISS INVOLUNTARY CHAPTER 7 PETITION |

TO ALL PARTIES AND THEIR ATTORNEYs OF RECORD:

The motion by debtor, The Vine Intervention, LLC, (The Vine) seeking a dismissal of petitioner Russell Potterfield's Involuntary Chapter 7 Petition, came on for hearing on February 14, 2018.

Andrew Morgan personally appeared for Petitioner, Russell Potterfield. Leslie Tos personally appeared for Debtor, The Vine Intervention, LLC. The Court, having read and considered the moving papers, the opposition papers and the reply papers, the evidence submitted therewith, and having considered the arguments of counsel at the time of the hearing, hereby ORDERS as follows:

Debtor's Motion to Dismiss Petitioner's Involuntary Petition for Chapter 7 Bankruptcy is DENIED ~~in its entirety with prejudice~~.

**IT IS SO ORDERED.**

Dated: February 28th, 2018

By _____
The Honorable Deborah J. Saltzman, Bankruptcy Judge