1 | TODD A. FREALY (State Bar No. 198780)
  | taf@lnbyb.com
2 | ANTHONY A. FRIEDMAN (SBN 201955)
  | aaf@lnbyb.com
3 | LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
  | 10250 Constellation Blvd., Suite 1700
4 | Los Angeles, CA 90067
  | Telephone: (310) 229-1234
5 | Facsimile: (310) 229-1244

6 | Attorneys for Jeremy Faith, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

NORTHERN DIVISION

| In re: | ) Case No.: 9:17-bk-12228-DS |
| --- | --- |
| THE VINE INTERVENTION, LLC, | ) Chapter 7 |
| Debtors. | ) **CHAPTER 7 TRUSTEE'S NOTICE OF MOTION AND MOTION TO COMPEL THE DEBTOR, THROUGH MANAGER MARK CUMMINS, TO APPEAR AT THE CONTINUED SECTION 341(A) MEETING OF CREDITORS AND TO COMPEL THE DEBTOR TO PRODUCE DOCUMENTS REQUESTED BY THE TRUSTEE PURSUANT TO 11 U.S.C. §§341(A), 521 AND 542; DECLARATION OF JEREMY W. FAITH IN SUPPORT THEREOF** |
|  | ) Date: June 5, 2018 |
|  | ) Time: 11:30 a.m. |
|  | ) Place: Courtroom 201 |
|  | )        U.S. Bankruptcy Court |
|  | )        1415 State Street |
|  | )        Santa Barbara, CA 93101 |

1

**TO THE HONORABLE DEBORAH J. SALTZMAN, THE DEBTOR, DEBTOR'S COUNSEL AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that on June 5, 2018 at 11:30 a.m., before the Honorable Deborah J. Saltzman, United States Bankruptcy Judge, in Courtroom 201 of the United States Bankruptcy Court, located at 1415 State Street, Santa Barbara, California, 93101, Jeremy W. Faith, Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of The Vine Intervention (the "Debtor"), will move this Court pursuant to 11 U.S.C. §521, for an order compelling the Debtor, through manager Mark Cummins, to appear for the Section 341(a) meeting of creditors. The initial meeting of creditors was scheduled to occur on Monday, May 7, 2018. The Trustee received an email from Debtor's counsel approximately one hour prior to the meeting, which advised that the Debtor's manager, Mark Cummins, would not be attending the Section 341(a) meeting of creditors because he is "planning to file personal bankruptcy in the coming months." In addition, the Trustee's preliminary investigation has revealed that approximately $99,000 was withdrawn or distributed from Debtor's bank accounts after entry of the order for relief but before the appointment of the Trustee. Thus, it is imperative that the Trustee be able to examine the Debtor and Mr. Cummins as soon as possible. Moreover, Mr. Cummins' excuse for failing to appear is totally unacceptable, and is hindering and delaying the Trustee's administration of the bankruptcy estate. Therefore, the Trustee seeks an order compelling the Debtor, through manager Mark Cummins who is the person most knowledgeable of the Debtor's financial affairs, to appear for the Debtor's meeting of creditors.

Moreover, the Debtor has failed to comply with the Trustee's request for production of records as required by 11 U.S.C. §521(a)(3) and (a)(4). Therefore, the Trustee seeks an order compelling the Debtor to produce the following original books and records:

1. The Debtor's original books and records from January 2015 to present, including without limitation income and expense statements, balance sheets, check registers, profit and loss statements, and accounts receivable aging

reports;[1]

2. An accounting of all banking activity from April 1, 2018 through April 11, 2018;

3. All contracts, agreements and written communications between the Debtor, Cummins, Drake and its customers, including without limitation Trader Joe's, from January 1, 2015 to the present;

4. Statements of any accounts (personal or otherwise) to which money has been transferred from the Debtor's accounts from January 1, 2015 to the present;

5. Any documents related to loans between the Debtor and any person or entity, including but not limited to Anne Cummins and Cindy Nott;

6. Any and all credit card statements for credit card accounts that were paid from Debtor's accounts, including without limitation credit card accounts in the name of the Debtor, Mark Cummins, Anne Cummins and Drake, from January 1, 2015 to present;

7. All invoices submitted to Debtor, Mark Cummins and Drake from January 1, 2015 to present; and

8. All documents showing what bonded winery number was used by the Debtor, Drake and Mark Cummins to sell wine from January 1, 2015 to the present.

This Motion is made pursuant to 11 U.S.C §§521 and 542. This Motion is based upon the attached Memorandum of Points and Authorities and the declaration of Jeremy Faith, the pleadings and orders on file in this bankruptcy case, and such other further evidence and argument as may be made.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 9013-1(f), any opposition or objection to the relief requested in the Motion must be submitted in

---

[1] Debtor's counsel advised the Trustee that the Debtor failed to maintain any electronic records. Accordingly, the Trustee seeks turnover of the Debtor's _original_ books and records as itemized above.

3

writing, served on the Trustee, counsel for the Trustee, and the Office of the United States Trustee and filed with the Bankruptcy Court not later than fourteen (14) days prior to the scheduled hearing date.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 9013-1(h), failure to file and serve timely any opposition or objection may be deemed by the Court to be consent to the relief requested in the Motion.

**WHEREFORE**, the Trustee respectfully requests that the Court enter any order:

1. Granting the Motion;

2. Compelling the Debtor, through manager Mark Cummins, to appear for the Debtor's Section 341(a) meeting of creditors;

3. Compelling the Debtor to produce the documents itemized above to the Trustee within 10 days of the Court order granting this Motion; and

4. Granting such other relief as is just and appropriate.

DATED: May 14, 2018                LEVENE, NEALE, BENDER,
                                   YOO & BRILL L.L.P.

                                   By:  /s/ Todd A. Frealy
                                        TODD A. FREALY
                                   Attorneys for Jeremy W. Faith, Chapter 7
                                   Trustee for the estate of The Vine Intervention

# I.

## STATEMENT OF FACTS

1. Petitioning creditor Russell Potterfield commenced an involuntary petition against The Vine Intervention, LLC (the "Debtor") on December 12, 2017. The Bankruptcy Court issued an order for relief for the Debtor to file schedules, statements and lists on February 21, 2018. On April 11, 2018, the Trustee was appointed as Chapter 7 Trustee for the Debtor's bankruptcy estate.

2. On April 11, 2018, the Trustee sent a correspondence to Debtor's counsel to instruct her that the Debtor's business operations must be shut down and for the Debtor to cease all banking activity. The Trustee also requested an accounting of all banking activity from April 1, 2018 through April 11, 2018, and for copies of all bank statements and canceled checks from March 2017 through March 2018.

3. On April 12, 2018, the Trustee received copies of the Debtor's bank statements for the requested time period (March 2017 through March 2018). The Trustee did not receive the accounting of the banking activity from April 1st through April 11th. <u>The Trustee reviewed the Debtor's bank records and discovered that approximately $99,000 was withdrawn or distributed from Debtor's bank accounts after entry of the order for relief but before the Trustee's appointment</u>.

4. In response to the Debtor's production of bank statements and canceled checks, on April 12, 2018, the Trustee requested the Debtor's federal and state income tax returns for 2017, 2016 and 2015, current balance sheet and year to date income statement, and an accounts receivable aging report.

5. The initial meeting of creditors was scheduled to occur on Monday, May 7, 2018. The Trustee received an email from Debtor's counsel approximately an hour before the meeting which advised that the Debtor's manager, Mark Cummins, would not be attending the Section 341(a) meeting of creditors because he is "<u>planning to file personal bankruptcy in the coming months.</u>" Debtor's counsel further advised that the Debtor did not maintain electronic records but

that she was working with the Debtor to get a copy of the Debtor's physical books to the Trustee. See Exhibit 1. The Trustee continued the meeting of creditors to May 29th.

6. Moreover, the Debtor has failed to comply with the Trustee's request for production of records as required by 11 U.S.C. §521(a)(3) and (a)(4). Therefore, the Trustee seeks an order compelling the Debtor to produce the following original books and records:

   a. The Debtor's original books and records from January 2015 to present, including without limitation income and expense statements, balance sheets, check registers, profit and loss statements, and accounts receivable aging reports;[2]
   b. An accounting of all banking activity from April 1, 2018 through April 11, 2018;
   c. All contracts, agreements and written communications between the Debtor, Cummins, Drake and its customers, including without limitation Trader Joe's, from January 1, 2015 to the present;
   d. Statements of any accounts (personal or otherwise) to which money has been transferred from the Debtor's accounts from January 1, 2015 to the present;
   e. Any documents related to loans between the Debtor and any person or entity, including but not limited to Anne Cummins and Cindy Nott;
   f. Any and all credit card statements for credit card accounts that were paid from Debtor's accounts, including without limitation credit card accounts in the name of the Debtor, Mark Cummins, Anne Cummins and Drake, from January 1, 2015 to present;
   g. All invoices submitted to Debtor, Mark Cummins and Drake from January 1, 2015 to present; and

---

[2] Debtor's counsel advised the Trustee that the Debtor failed to maintain any electronic records. Accordingly, the Trustee seeks turnover of the Debtor's original books and records as itemized above.

    h.  All documents showing what bonded winery number was used by the Debtor, Drake and Mark Cummins to sell wine from January 1, 2015 to the present.

## II.

## **ARGUMENT**

Section 521(a)(3) of the Bankruptcy Code states: "The debtor shall- if a trustee is serving in the case or an auditor is serving under section 586(f) of title 28, cooperate with the trustee as necessary to enable the trustee to perform the trustee's duties under this title;…" 11 U.S.C. §521(a)(3).

Section 521(a)(4) of the Bankruptcy Code states: "the debtor shall – if a trustee is serving in the case or an auditor is serving under section 586(f) of title 28 surrender to the trustee all property of the estate and any recorded information, including books, documents, records, and papers, relating to property of the estate, whether or not immunity is granted under section 344 of this title;…" 11 U.S.C. §521(a)(4).

Section 542 of the Bankruptcy Code requires the Debtors to turn over estate property, including books and records, to the Trustee.

As demonstrated in the Declaration of Jeremy Faith attached hereto, the Debtor's manager, Mark Cummins, failed to appear for Debtor's Section 341(a) meeting of creditors and has not produced the requested documents. Accordingly, the Trustee respectfully requests a Court order compelling the Debtor, through manager Mark Cummins, to appear for the meeting of creditors and to produce the requested documents to the Trustee within 10 days of entry of a Court order granting this Motion.

**WHEREFORE**, the Trustee respectfully requests that the Court enter an order:

1.    Granting the Motion;

2.    Compelling the Debtor, through manager Mark Cummins, to appear for the Debtor's continued Section 341(a) meeting of creditors;

3.    Compelling the Debtor to produce the documents itemized above to the Trustee within 10 days of the Court order granting this Motion; and

1      4.     Granting such other relief as is just and appropriate.

2   DATED: May 14, 2018            LEVENE, NEALE, BENDER,
3                                          YOO & BRILL L.L.P.

4                                          By:    */s/ Todd A. Frealy*
                                                    TODD A. FREALY
5                                          Attorneys for Jeremy W. Faith, Chapter 7
6                                          Trustee for the estate of The Vine Intervention, LLC

8

## DECLARATION OF JEREMY W. FAITH

I, Jeremy W. Faith, declare as follows:

1. I am the Chapter 7 Trustee for the bankruptcy estate of The Vine Intervention, LLC. I have personal knowledge of the facts stated herein, except where stated upon information and belief, and as to such statements, I believe them to be true. I make this Declaration in support of the attached "Chapter 7 Trustee's Notice of Motion and Motion to Compel The Debtor, Through Manager Mark Cummins, To Appear At The Continued Section 341a Meeting Of Creditors And To Compel The Debtor To Produce Documents Requested By The Trustee Pursuant To 11 U.S.C. §§341(A), 521 And 542" (the "Motion").

2. Petitioning creditor Russell Potterfield commenced an involuntary petition against The Vine Intervention, LLC (the "Debtor") on December 12, 2017. The Bankruptcy Court issued an order for relief for the Debtor to file schedules, statements and lists on February 21, 2018. On April 11, 2018, I was appointed as Chapter 7 Trustee for the Debtor's bankruptcy estate.

3. On April 11, 2018, I sent a correspondence to Debtor's counsel to instruct her that the Debtor's business operations must be shut down and for the Debtor to cease all banking activity. I also requested an accounting of all banking activity from April 1, 2018 through April 11, 2018, and for copies of all bank statements and canceled checks from March 2017 through March 2018.

4. On April 12, 2018, I received copies of the Debtor's bank statements for the requested time period (March 2017 through March 2018). However, I did not receive the accounting of the banking activity from April 1st through April 11th. <u>I reviewed the Debtor's bank records and discovered that approximately $99,000 was withdrawn or distributed from Debtor's bank accounts after entry of the order for relief but before my appointment</u>.

///
///
///
///
///

9

5. On April 12, 2018, I requested the Debtor's federal and state income tax returns for 2017, 2016 and 2015, current balance sheet and year to date income statement, and an accounts receivable aging report.

6. The initial meeting of creditors was scheduled to occur on Monday, May 7, 2018. I received an email from Debtor's counsel approximately an hour before the meeting which advised that the Debtor's manager, Mark Cummins, would not be attending the Section 341(a) meeting of creditors because he is "planning to file personal bankruptcy in the coming months." Debtor's counsel further advised that the Debtor did not maintain electronic records but that she was working with the Debtor to get a copy of the Debtor's physical books to me. A true and correct copy of the May 7th email from Leslie Tos to me is attached hereto as <u>Exhibit 1</u> and is incorporated herein by reference.

7. The Debtor has failed to comply with my request for production of records as required by 11 U.S.C. §521(a)(3) and (a)(4).

8. The Debtor's meeting of creditors is currently scheduled for May 29, 2018.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on May 14, 2018 at Encino, California.

JEREMY W. FAITH

# EXHIBIT "1"

| | |
|---|---|
| From: | Leslie Tos <Ltos@FarmerandReady.com> |
| Sent: | Monday, May 07, 2018 9:44 AM |
| To: | Jeremy Faith |
| Subject: | RE: The Vine Intervention, LLC; 9:17-bk-12228 |

Mr. Faith,

I'm sorry about the late notice, but the manager for The Vine Intervention, LLC will not be attending the 341(a) scheduled for 11am due to him planning to file personal bankruptcy in the coming months.

Regarding your questions, I am informed that the LLC does not maintain electronic bookkeeping records, but has physical books. I am working with the Debtor to get a copy of those to send to you. Also, I was informed by the Debtor that it did not file federal returns.

Again, I apologize for the late notice, and I will try to have a copy of the books to you as soon as I can.

Best,

Leslie Tos

---

**From:** Jeremy Faith [mailto:Jeremy@marguliesfaithlaw.com]
**Sent:** Wednesday, May 02, 2018 5:29 PM
**To:** Leslie Tos <Ltos@FarmerandReady.com>
**Cc:** Brian Reed <brian@marguliesfaithlaw.com>; Caselink (jeremy.faith@caselinkweb.com) <jeremy.faith@caselinkweb.com>
**Subject:** RE: The Vine Intervention, LLC; 9:17-bk-12228

Ms. Tos,

In reviewing the documents uploaded through Doclink – it appears that only the California State Tax returns for 2014, 2015 and 2016 were provided, and none of the Federal returns. Also, the California returns appear to be only partial copies. Please have the full returns, and the Federal returns, uploaded as soon as possible since we have the 341(a) meeting in less than one week.

Also, I need confirmation of what kind of accounting software the Debtor uses, and a back-up of the same.

Thank you.

Jeremy W. Faith, Esq.
*Partner*



MARGULIES FAITH LLP
16030 Ventura Blvd., Ste. 470
Encino, California 91436

Tel:   818.705.2777
Fax:   818.705.3777
Email:   Jeremy@MarguliesFaithLaw.com

1

Privileged/Confidential Information may be contained in this message.  If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone.  In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer does not consent to Internet email for messages of this kind.  Opinions, conclusions and other information in this message that do not relate to the official business of my firm shall be understood as neither given nor endorsed by it.

IRS Circular 230 Disclosure: To ensure compliance with Treasury Department Regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this communication was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matter addressed herein.

**From:** Jeremy Faith
**Sent:** Thursday, April 12, 2018 5:34 PM
**To:** 'Leslie Tos' <Ltos@FarmerandReady.com>
**Cc:** Brian Reed <brian@marguliesfaithlaw.com>; Caselink (jeremy.faith@caselinkweb.com) <jeremy.faith@caselinkweb.com>
**Subject:** RE: The Vine Intervention, LLC; 9:17-bk-12228

Ms. Tos,

Thank you for getting these to me.  I would also like to get the following documents as soon as possible:

- Tax returns (federal and state) for 2017, 2016 and 2015 (or the most recently filed 3 years);
- A current balance sheet and year to date income statement; and
- An accounts receivable aging.

Also, if the debtor maintained electronic books (e.g. Quickbooks) I need to get a backup of the books.  These materials can be produced on a rolling basis as they come in.

Thanks.

Jeremy W. Faith, Esq.
*Partner*



MARGULIES FAITH LLP
16030 Ventura Blvd., Ste. 470
Encino, California  91436

Tel:     818.705.2777
Fax:    818.705.3777
Email:    Jeremy@MarguliesFaithLaw.com

Privileged/Confidential Information may be contained in this message.  If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone.  In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer does not consent to Internet email for messages of this kind.  Opinions, conclusions and other information in this message that do not relate to the official business of my firm shall be understood as neither given nor endorsed by it.

IRS Circular 230 Disclosure: To ensure compliance with Treasury Department Regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this communication was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matter addressed herein.

**From:** Leslie Tos [mailto:Ltos@FarmerandReady.com]
**Sent:** Thursday, April 12, 2018 4:44 PM

**To:** Jeremy Faith <Jeremy@marguliesfaithlaw.com>
**Subject:** RE: The Vine Intervention, LLC; 9:17-bk-12228

Mr. Faith,

Please find attached the Debtor The Vine Intervention, LLC's bank statements for the requested time period.  I am still waiting for the accounting for April, but will get that to you as soon as it is provided to me.  Let me know if there is anything else you would like provided before the 341(a).

Best,

Leslie Tos

---

**From:** Jeremy Faith [mailto:Jeremy@marguliesfaithlaw.com]
**Sent:** Wednesday, April 11, 2018 5:25 PM
**To:** Leslie Tos <Ltos@FarmerandReady.com>
**Subject:** RE: The Vine Intervention, LLC; 9:17-bk-12228

Thank you.

---

**From:** Leslie Tos [mailto:Ltos@FarmerandReady.com]
**Sent:** Wednesday, April 11, 2018 4:23 PM
**To:** Jeremy Faith <Jeremy@marguliesfaithlaw.com>
**Subject:** RE: The Vine Intervention, LLC; 9:17-bk-12228

Mr. Faith,

I've relayed your requests to the Debtor's manager and am optimistic to have something to you by the end of the day tomorrow.

Best,

Leslie Tos

---

**From:** Jeremy Faith [mailto:Jeremy@marguliesfaithlaw.com]
**Sent:** Wednesday, April 11, 2018 1:23 PM
**To:** Leslie Tos <Ltos@FarmerandReady.com>
**Cc:** Caselink (jeremy.faith@caselinkweb.com) <jeremy.faith@caselinkweb.com>; Brian Reed <brian@marguliesfaithlaw.com>
**Subject:** The Vine Intervention, LLC; 9:17-bk-12228

Dear Ms. Tos:

As you may know, I have been appointed as the Chapter 7 Trustee in the above-referenced involuntary bankruptcy case of The Vine Intervention, LLC (the "Debtor").  I need to insure that no further banking activity is taking place with the Debtor and that all of the Debtor's operations have been shut down.  As such, please have the Debtor provide me with 12 months of bank statements (including cancelled checks) through March of 2018, as well as an accounting of all banking activity from April 1, 2018 through today.  I would like to have the bank documents by no later than 5:00 p.m., tomorrow, April 12, 2018.

Please contact me if you have any questions.

3

Regards,

Jeremy W. Faith, Esq.
*Partner*



**MARGULIES FAITH LLP**
16030 Ventura Blvd., Ste. 470
Encino, California 91436

Tel:    818.705.2777
Fax:   818.705.3777
Email:   Jeremy@MarguliesFaithLaw.com

Privileged/Confidential Information may be contained in this message.  If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone.  In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer does not consent to Internet email for messages of this kind.  Opinions, conclusions and other information in this message that do not relate to the official business of my firm shall be understood as neither given nor endorsed by it.

IRS Circular 230 Disclosure: To ensure compliance with Treasury Department Regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this communication was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matter addressed herein.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **CHAPTER 7 TRUSTEE'S NOTICE OF MOTION AND MOTION TO COMPEL THE DEBTOR, THROUGH MANAGER MARK CUMMINS, TO APPEAR AT THE CONTINUEDSECTION 341(A) MEETING OF CREDITORS AND TO COMPEL THE DEBTOR TO PRODUCE DOCUMENTS REQUESTED BY THE TRUSTEE PURSUANT TO 11 U.S.C. §§341(A), 521 AND 542; DECLARATION OF JEREMY W. FAITH IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 14, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Jeremy W. Faith (TR)     Trustee@MarguliesFaithlaw.com, C118@ecfcbis.com;Helen@MarguliesFaithLaw.com;leedowding@gmail.com;Brian@MarguliesFaithlaw.com**
- **Brian D Fittipaldi     brian.fittipaldi@usdoj.gov**
- **Leslie A Tos     Ltos@farmerandready.com, smeyer@farmerandready.com**
- **United States Trustee (ND)     ustpregion16.nd.ecf@usdoj.gov**

**2.  SERVED BY UNITED STATES MAIL**: On **May 14, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 14, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*Served via Attorney Service*
The Honorable Deborah J. Saltzman
United States Bankruptcy Court
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1634 / Courtroom 1639
Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 14, 2018 | Stephanie Reichert | /s/ Stephanie Reichert |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                          **F 9013-3.1.PROOF.SERVICE**

The Vine Intervention LLC
32B Anacapa St
Santa Barbara, CA 93101-1802

The Vine Intervention LLC
2280 Meadow Drive
San Luis Obispo, CA 93401-5626

United States Trustee
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Mark Cummins
2280 Meadow Drive
San Luis Obispo, CA 93401

Leslie A Tos
Farmer & Ready
1254 Marsh St
San Luis Obispo, CA 93406