| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| TODD A. FREALY (State Bar No. 198780)<br>taf@lnbyb.com<br>ANTHONY A. FRIEDMAN (STATE BAR NO. 201955)<br>aaf@lnbyb.com<br>LEVENE, NEALE, BENDER, YOO & BRILL, L.L.P.<br>10250 Constellation Boulevard, Suite 1700<br>Los Angeles, CA  90067<br>Telephone:  (310) 229-1234<br>Facsimile:  (310) 229-1244<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Jeremy W. Faith, *Chapter 7 Trustee* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – NORTHERN DIVISION**

| | |
|---|---|
| **THE VINE INTERVENTION, LLC.**<br><br><br><br><br><br>Debtor(s) | CASE NO.: 9:17-bk-12228-DS<br><br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>MOTION TO COMPEL DEBTOR, THROUGH MANAGER MARK CUMMINS, TO APPEAR AT THE CONTINUED SECTION 341(a) MEETING OF CREDITORS AND TO COMPEL THE DEBTOR TO PRODUCE DOCUMENTS REQUESTED BY THE TRUSTEE PURSUANT TO 11 U.S.C. §§ 341(a), 521 AND 542 |

PLEASE TAKE NOTE that the order titled Order Granting Chapter 7 Trustee's Motion to Compel the Debtor, Through Manager Mark Cummins, to Appear at the Continued Section 341(a) Meeting of Creditors and to Compel the Debtor to Produce Documents Requested by the Trustee Pursuant to 11 U.S.C. §§ 341(a), 521 and 542

was lodged on (*date*) 06/12/18 and is attached.  This order relates to the motion which is docket number 46.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*　　　　　　　　　　　　Page 1　　　　　　　　　　**F 9021-1.2.BK.NOTICE.LODGMENT**

# EXHIBIT A

TODD A. FREALY (State Bar No. 198780)
taf@lnbyb.com
ANTHONY A. FRIEDMAN (SBN 201955)
aaf@lnbyb.com
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Blvd., Suite 1700
Los Angeles, CA 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

(Proposed) Attorneys for Jeremy W. Faith, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**NORTHERN DIVISION**

| | |
|---|---|
| **In re**<br>**THE VINE INTERVENTION, LLC,**<br>Debtor. | **Case No. 9:17-bk-12228-DS**<br>**Chapter 7**<br>**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO COMPEL THE DEBTOR, THROUGH MANAGER MARK CUMMINS, TO APPEAR AT THE CONTINUED SECTION 341(A) MEETING OF CREDITORS AND TO COMPEL THE DEBTOR TO PRODUCE DOCUMENTS REQUESTED BY THE TRUSTEE PURSUANT TO 11 U.S.C. §§341(A), 521 AND 542**<br><br>**HEARING DATE**<br>**Date:    June 5, 2018**<br>**Time:    11:30 a.m.**<br>**Place:   Courtroom 201**<br>           **U.S. Bankruptcy Court**<br>           **1415 State Street**<br>           **Santa Barbara, California 93101** |

Case 9:17-bk-12228-DS    Doc 56    Filed 06/12/18    Entered 06/12/18 17:40:48    Desc
Main Document    Page 4 of 7

The Motion (the "Motion") of Jeremy W. Faith, Chapter 7 trustee (the "Trustee") for the bankruptcy estate of The Vine Intervention, LLC (the "Debtor") to compel the debtor, through manager Mark Cummins, to appear at the continued Section 341(a) meeting of creditors and to compel the Debtor to produce documents requested by the Trustee pursuant to 11 U.S.C. §§341(a), 521 and 542 [Docket No. 46], having been properly noticed, came on regularly for hearing before the Honorable Deborah Saltzman, United States Bankruptcy Judge, on June 5, 2018 at 11:30 a.m. in Courtroom 201 of the above-entitled court. The Trustee appeared on his own behalf. Anthony A. Friedman, Esq. of Levene, Neale, Bender, Yoo & Brill L.L.P. appeared on behalf of the Trustee. Leslie A. Tos of Farmer & Ready appeared on behalf of the Debtor. David B. Shemano of ShemanoLaw appeared on behalf of creditor Russell Potterfield. All other appearances are as set forth on the Court's record.

The court having read and considered the Trustee's notice of the Motion and Motion [Docket No. 46], no opposition to the Motion having been filed, the Court having heard the arguments and comments of counsel for the Trustee and the Debtor at the hearing, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The Debtor, through manager Mark Cummins, shall appear for the Debtor's continued Section 341(a) meeting of creditors currently scheduled for July 2, 2018 at 1:30 p.m. at 1415 State St., Santa Barbara, CA 93101 or such other date as established by the Trustee. However, the Debtor's required appearance on July 2, 2018 at 1:30 p.m. at 1415 State St., Santa Barbara, CA 93101 or such other date as established by the Trustee, shall be excused solely conditioned on the Debtor entering into a stipulation for the oral examination of the Debtor, through manager Mark Cummins, pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure.

///
///
///

3.     No later than fourteen (14) days from entry of this Order, the Debtor shall produce to the Trustee the following original books and records:

    a.     The Debtor's original books and records from January 2015 to present, including, without limitation, income and expense statements, balance sheets, check registers, profit and loss statements, and accounts receivable aging reports;

    b.     An accounting of all banking activity from April 1, 2018 through April 11, 2018;

    c.     All contracts, agreements and written communications between the Debtor, Cummins, Drake and its customers, including without limitation Trader Joe's, from January 1, 2015 to the present;

    d.     Statements of any accounts (personal or otherwise) to which money has been transferred from the Debtor's accounts from January 1, 2015 to the present;

    e.     Any documents related to loans between the Debtor and any person or entity, including but not limited to Anne Cummins and Cindy Nott;

    f.     Any and all credit card statements for credit card accounts that were paid from Debtor's accounts, including without limitation credit card accounts in the name of the Debtor, Mark Cummins, Anne Cummins and Drake, from January 1, 2015 to present;

    g.     All invoices submitted to Debtor, Mark Cummins and Drake from January 1, 2015 to present; and

    h.     All documents showing what bonded winery number was used by the Debtor, Drake and Mark Cummins to sell wine from January 1, 2015 to the present.

**IT IS SO ORDERED.**

### #

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 12, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Jeremy W. Faith (TR)    Trustee@MarguliesFaithlaw.com, C118@ecfcbis.com;Helen@MarguliesFaithLaw.com;leedowding@gmail.com;Brian@MarguliesFaithlaw.com
- Brian D Fittipaldi    brian.fittipaldi@usdoj.gov
- Todd A Frealy    taf@lnbrb.com
- Anthony A Friedman    aaf@lnbyb.com
- David B Shemano    dshemano@shemanolaw.com
- Leslie A Tos    Ltos@farmerandready.com, smeyer@farmerandready.com
- United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**: On **June 13, 2018**, I will serve the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 12, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*Served by Attorney Service*
The Honorable Deborah J. Saltzman
United States Bankruptcy Court
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1634
Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 12, 2018 | Lisa Masse | /s/ Lisa Masse |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

The Vine Intervention LLC
32B Anacapa St
Santa Barbara, CA 93101-1802

The Vine Intervention LLC
2280 Meadow Drive
San Luis Obispo, CA 93401-5626

United States Trustee
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Mark Cummins
2280 Meadow Drive
San Luis Obispo, CA 93401

Leslie A Tos
Farmer & Ready
1254 Marsh St
San Luis Obispo, CA 93406